Anoush Hakimi (SBN 228858)
*anoush@handslawgroup.com*
Peter Shahriari (SBN 237074)
*peter@handslawgroup.com*
Ani Avetisyan (SBN 266679)
*ani@handslawgroup.com*
Laura Steven (SBN 332168)
*laura@handslawgroup.com*
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**JAMES SHAYLER**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler, | CASE NO.:  2:20-cv-07181-JFW-PJW |
|        Plaintiff, | **NOTICE OF SETTLEMENT** |
|    vs. | The Hon. John F. Walter |
| Ivan W. Searcy, an Individual; Constance Searcy, an Individual; Khoi An Vu, an Individual dba Revitalife Medical Center; and Does 1-10, | Trial Date:  Not on Calendar |
|       Defendants. | |

Plaintiff hereby notifies the court that a confidential settlement has been reached in the above-captioned case and would like to avoid any additional expense, and further the interests of judicial economy.

Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that a Dismissal with prejudice as to all parties will be filed within 60 days. Plaintiff further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED:  March 16, 2021        **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:  */s/Anoush Hakimi*
     Anoush Hakimi, Esq.
     Attorneys for Plaintiff, James Shayler