Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler, <br><br> Plaintiff, <br><br> v. <br><br> Ivan W. Searcy, an Individual; Constance Searcy, an Individual; Khoi An Vu, an Individual dba Revitalife Medical Center; and Does 1-10, <br><br> Defendants. | Case No.: 2:20-cv-07181-JFW-PJW <br><br> **PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** <br><br> [Fed. R. Civ. P. Rule 41(a)(2)] |

Plaintiff James Shayler requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants Ivan W. Searcy, Constance Searcy, and Khoi An Vu, an Individual dba Revitalife Medical Center, from Plaintiff's Complaint, Case Number 2:20-cv-

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

07181-JFW-PJW. The parties herein reached settlement of the present action. Each party will be responsible for their own fees and costs.

Dated: April 29, 2021        THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, James Shayler