Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ivan W. Searcy, an Individual; Constance Searcy, an Individual; Khoi An Vu, an Individual dba Revitalife Medical Center; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-07181-JFW-PJWx<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 10, 2020<br>Trial Date:　　Not on Calendar |

　　Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

　　Plaintiff James Shayler's action against Defendants Ivan W. Searcy, Constance Searcy, and Khoi An Vu, an Individual dba Revitalife Medical Center is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  April 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　　／s／ John F. Walter
　　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge